FILED

10/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0393

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0393

| | |
|---|---|
| **ANNELIES AIKING-TAYLOR**<br>Plaintiff and Appellant,<br><br>vs.<br><br>**OLIVER SERANG**<br>Defendant and Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

UPON CONSIDERATION of Appellee's Motion for an extension of time to file their brief and it being Appellee's first such request, it is hereby;

ORDERED that the Motion is granted and Appellee's brief is due on or before November 28, 2022.

DATED this _____ day of October, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 24 2022